**ROBERTS & KEHAGIARAS LLP**
Cameron W. Roberts (State Bar No. 176682)
cwr@tradeandcargo.com
Theodore H. Adkinson, Esq. (State Bar No. 167350)
tha@tradeandcargo.com
Bruce A. Lindsay, Esq. (State Bar No. 102794)
bal@tradeandcargo.com
210 Yacht Club Way
Redondo Beach, CA 90277
Telephone: (310) 642-9800
Facsimile: (310) 868-2923

Attorneys for defendant and third-party plaintiff
C.H. ROBINSON INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> C.H. ROBINSON INTERNATIONAL, INC.; and DOES 1-15, <br><br> Defendants. <br><br> C.H. ROBINSON INTERNATIONAL, INC., <br><br> Third-Party Plaintiff, | Case No. 2:24−cv−10940 WLH (PDx) <br><br> **NOTICE OF SETTLEMENT** |

NOTICE OF SETTLEMENT

| | |
|---|---|
| vs. | ) |
| | ) |
| STONE ENTERPRISE LLC, | ) |
| | ) |
|     Third-Party Defendant. | ) |
| | ) |

**TO THE HONORABLE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that defendant C.H. ROBINSON INTERNATIONAL, INC. ("CHR") and plaintiff NAVIGATORS INSURANCE COMPANY ("Navigators") attended mediation in this lawsuit before mediator John Derrick on August 27, 2025. The claims of Navigators against defendant CHR were settled in their entirety and the parties are currently concluding the settlement through the necessary funding. CHR and Navigators have stipulated to dismissal of the Complaint of Navigators.

However, the Third-Party Complaint of CHR against STONE ENTERPRISE LLC was not the subject of the mediation and was not the subject of the settlement between CHR and Navigators. CHR is not dismissing its Third-Party Complaint and is in the process of requesting a default of STONE ENTERPRISE LLC which has failed to respond to the Summons and Third-Party Complaint.

Dated: September 18, 2025       ROBERTS & KEHAGIARAS LLP

By: /s/Bruce A. Lindsay
Attorneys for defendant and third-party plaintiff
C.H. ROBINSON INTERNATIONAL, INC.

i
NOTICE OF SETTLEMENT