**ROBERTS & KEHAGIARAS LLP**
Cameron W. Roberts (State Bar No. 176682)
cwr@tradeandcargo.com
Bruce A. Lindsay, Esq. (State Bar No. 102794)
bal@tradeandcargo.com
210 Yacht Club Way
Redondo Beach, CA 90277
Telephone: (310) 642-9800
Facsimile: (310) 868-2923

Attorneys for defendant and third-party plaintiff
C.H. ROBINSON WORLDWIDE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  vs.<br><br>C.H. ROBINSON INTERNATIONAL, INC.; and DOES 1-15,<br><br>  Defendants.<br>_____<br>C.H. ROBINSON WORLDWIDE, INC.,<br><br>  Third-Party Plaintiff,<br><br>  vs. | **Case No. 2:24-cv-10940-WLH-(PDx)**<br><br>GENERAL JURISDICTION<br><br>**NOTICE OF MOTION FOR DEFAULT JUDGMENT AGAINST STONE ENTERPRISE LLC**<br><br>Date:  January 2, 2026<br>Time:  1:30 p.m.<br>Ctrm.:  9B |

| | |
|---|---|
| STONE ENTERPRISE LLC, | ) |
| | ) |
|        Third-Party Defendant. | ) |
| | ) |

ROBERTS & KEHAGIARAS LLP
www.tradeandcargo.com

Third-Party Plaintiff and Defendant C.H. Robinson Worldwide, Inc. ("CHR"), through its undersigned counsel, hereby moves this Court pursuant to Federal Rule of Civil Procedure 55(b)(2) to enter default judgment in favor of CHR and against Third-Party Defendant, Stone Enterprise LLC, in the amount of $140,000. In support of this Motion, CHR submits its Memorandum in Support of Motion for Default Judgment against Stone Enterprise LLC, with supporting Declarations and exhibits.

WHEREFORE, pursuant to the arguments and evidence set forth in its Memorandum in Support of this Motion, CHR respectfully requests that the Court enter default judgment in its favor and against Stone Enterprise LLC, in the amount of $140,000, without a hearing, and grant such further relief as the Court deems just and proper.

Dated: December 1, 2025          ROBERTS & KEHAGIARAS LLP

                                 By:  /s/ Bruce A. Lindsay
                                      Attorneys for defendant and third-party plaintiff
                                      C.H. ROBINSON WORLDWIDE, INC.

i

NOTICE OF MOTION FOR DEFAULT JUDGMENT AGAINST STONE ENTERPRISE LLC