JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY, | ) Case No. 2:24-cv-10940-WLH |
| | ) |
| Plaintiff, | ) **JUDGMENT AGAINST STONE** |
| | ) **ENTERPRISE LLC [52]** |
| vs. | ) |
| | ) |
| C.H. ROBINSON INTERNATIONAL, INC.; and DOES 1-15, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| C.H. ROBINSON WORLDWIDE, INC., | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| STONE ENTERPRISE LLC, | ) |
| | ) |
| Third-Party Defendant. | ) |

The court has **ordered** that third-party plaintiff C.H. ROBINSON WORLDWIDE, INC. recover from third-party defendant STONE ENTERPRISE LLC the amount of One Hundred Forty Thousand dollars ($140,000.00), along with recoverable costs.

The action was decided by Judge Wesley L. Hsu on January 8, 2026 on third-party plaintiff C.H. ROBINSON WORLDWIDE, INC's. motion for Entry of Default Judgment Against Stone Enterprise LLC with judgment found for third-party plaintiff as set forth above.

**IT IS SO ORDERED.**

**Dated**: March 2, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1